[No. 26283-1-I. Division One. December 28, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GUENTER
MANNHALT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80-1-05103-9, Robert E. Dixon, J., entered May

18, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, A.C.J., and Kennedy, J. Now published at 68 Wn. App. 757.